**DENY; and Opinion Filed February 19, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00188-CV

### IN RE GHOUSE MOHIUDDIN, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55925-2014**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Lang-Miers

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its order denying his motion to dismiss the petition for divorce that is pending in the trial court. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has failed to establish a right to relief. We **DENY** the petition.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150188F.P05